1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENCOMPASS GROUP, L.L.C.**, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>     vs.<br><br>**DONALD JOHN EVANS**, an individual,<br><br>            Defendant. | **CASE NO. 2:08-CV-00306-LEW-GGH**<br><br>**ORDER REGARDING RESCHEDULING OF MOTION TO DISMISS HEARING**<br><br>[Filed concurrently with Stipulation For Rescheduling of Hearing for Motion to Dismiss] |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER FOR RESCHEDULING OF HEARING FOR MOTION TO DISMISS
CASE NO. 2:08-CV-00306-LEW-GGH

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Upon reviewing the Stipulation for Rescheduling of Hearing for Motion to Dismiss, and for good cause appearing therein,

IT IS ORDERED that Defendant's Motion to Dismiss for Lack of Diversity Jurisdiction and Failure to State Claims Upon Which Relief Can Be Granted, currently scheduled for 10:00 a.m. on Friday, April 18, 2008, be rescheduled for 10:00 a.m. on Friday, May 30, 2008.

Dated:  April 10, 2008
_____

\_\_\_/s/ Ronald S. W. Lew
HON. RONALD S.W. LEW,  JUDGE,
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF CALIFORNIA

Respectfully Submitted by:
Larry M. Golub (110545)
Vivian I. Orlando (213833)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399
E-mail:  vorlando@barwol.com
         lgolub@barwol.com

David A. Davenport, #285109
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
E-mail:  ddavenport@winthrop.com
(Admitted *Pro Hac Vice*)

Attorneys for Plaintiff

2
[PROPOSED] ORDER FOR RESCHEDULING OF HEARING FOR MOTION TO DISMISS
CASE NO. 2:08-CV-00306-LEW-GGH

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

PDF created with pdfFactory trial version www.pdffactory.com