DAVID R. GRIFFITH (SBN - 170172)
STEWART, HUMPHERYS, BURCHETT & MOLIN, LLP
3120 Cohasset Road, Suite 6
Chico, California 95973
Telephone: (530) 891-6111
Facsimile: (530) 894-2103

Attorneys for Defendant,
DONALD JOHN EVANS

Larry M. Golub (110545)
Vivian I. Orlando (213833)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399
E-mail: vorlando@barwol.com
        lgolub@barwol.com

David A. Davenport, #285109
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel: (612) 604-6400
Fax: (612) 604-6800
E-mail: ddavenport@winthrop.com
(Admitted *Pro Hac Vice*)

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENCOMPASS GROUP, L.L.C., a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DONALD JOHN EVANS, an individual, <br><br> Defendant. | Case No. 2:08-CV-00306-LEW-GGH <br><br> **ORDER APPROVING STIPULATION RE: SUBMISSION OF DEFENDANT'S MOTION TO DISMISS AND PLAINTIFF'S OPPOSITION THERETO FOR RULING BY THE COURT WITHOUT ORAL ARGUMENT** <br><br> Hearing Date:   July 9, 2008 <br> Hearing Time:   9:00 a.m. <br> Courtroom:    To be Determined |

**IT IS HEREBY STIPULATED** by and between Defendant, DONALD JOHN EVANS, and Plaintiff, ENCOMPASS GROUP, L.L.C., by and through their respective attorneys of record herein, that the motion of Defendant to dismiss

currently scheduled to be heard before this Court on July 9, 2008, at 9:00 a.m., and the opposition of Plaintiff thereto, may be submitted to the Court for ruling without oral argument.

By signing below, Defendant and Plaintiff acknowledge and affirm they are waiving their respective rights to make or present oral argument on the subject motion at the time of hearing.

Dated: June 20, 2008    WINTHROP & WEINSTINE, P.A.
and BARGER & WOLEN LLP

/s/ David A. Davenport

By:
DAVID A. DAVENPORT
LARRY M. GOLUB
VIVIAN I. ORLANDO
Attorneys for Plaintiff
Encompass Group, L.L.C.

Dated: June 20, 2008    STEWART, HUMPHERYS,
BURCHETT & MOLIN, LLP
/s/ David R. Griffith

By:
DAVID R. GRIFFITH,
Attorneys for Defendant,
DONALD JOHN EVANS

**ORDER**

Having read the above stipulation of the parties and good cause appearing therefore,

**IT IS SO ORDERED.**

Date:   June 23, 2008

/s/ John A. Mendez
JUDGE OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA